

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00792-CV

**BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE**,
Appellant

v.

Frank **HERNANDEZ**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14755
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. The motion to dismiss filed by appellant is DENIED AS MOOT.

Costs of appeal are assessed against appellant.

SIGNED April 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice